**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00093-CV**
_____

**SHAUN NICHOLAS ST. JOHN, Appellant**

**V.**

**HOMEOWNERS OF AMERICA INSURANCE CO., ROYAL ADJUSTING SERVICES, LLC, BRANDON RAY HILTON, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-01-01421**

_____

**MEMORANDUM OPINION**

On February 20, 2026, Shaun Nicholas St. John filed a notice of appeal from the trial court's interlocutory Order on Intervenor's Motion to Compel Appraisal and Abate Proceedings Pending Conclusion of the Appraisal Process.[1] Through a notice

_____

[1]The notice of appeal did not identify a statute that permitted an accelerated appeal from the order. *See* Tex. R. App. P. 25.1(d)(6) (The notice of appeal must "in an accelerated appeal, state that the appeal is accelerated and state whether it is a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4[.]").

1

issued by the Clerk of the Court we notified the parties that the notice of appeal had not been filed timely and we warned the appellant that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeal. No party has responded to the notice. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3; 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 29, 2026
Opinion Delivered July 30, 2026

Before Golemon, C.J., Johnson and Wright, JJ.